# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DANNY WILLIAMS,**

    **Plaintiff,**

**v.**                                                                                                      **No. 19-cv-0594 KRS/SMV**

**NINE ENERGY SERVICES,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed his Complaint against Defendant on June 28, 2019. [Doc. 1] at 1. Plaintiff had 90 days from filing the Complaint, or until September 26, 2019, to effect service of process.[1] Fed. R. Civ. P. 4(m). To date, there is no indication on the record that service of process has been effected.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against Defendant should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiff must file his response no later than **November 12, 2019**.

**IT IS SO ORDERED.**

                                                                                   **STEPHAN M. VIDMAR**
                                                                                   **United States Magistrate Judge**

---

[1] Although Plaintiff filed an Amended Complaint on September 20, 2019, [Doc. 4], such filing did not extend Plaintiff's deadline to serve Defendant because Defendant was named in the original Complaint. *See Bolden v. City of Topeka*, 441 F.3d 1129, 1148–49 (10th Cir. 2006) (holding that the deadline "provided by Rule 4(m) is not restarted by the filing of an amended complaint *except as to those defendants newly added in the amended complaint*" (emphasis added)).