IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNY WILLIAMS,

    Plaintiff,

v.                                                                                                         CV No. 19-594 SMV/CG

NINE ENERGY SERVICES,

    Defendant.

## ORDER SETTING TELEPHONIC RULE 16 CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a Telephonic Rule 16 Scheduling Conference will be held on **February 4, 2020, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDERED** that, aside from the recently vacated and rescheduled Rule 16 hearing, the parties shall comply with Judge Vidmar's *Initial Scheduling Order*, (Doc. 14), filed December 3, 2019, including the submission of a Joint Status Report no later than **January 21, 2020**.

**IT IS SO ORDERED**.

                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE