**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DANNY WILLIAMS,

      Plaintiff,

v.                                                    CV No. 19-594 SMV/CG

NINE ENERGY SERVICES,

      Defendant.

**ORDER ADOPTING JOINT STATUS REPORT**
**AND PROVISIONAL DISCOVERY PLAN**

**THIS MATTER** is before the Court on the Rule 16 Initial Scheduling Conference and the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 25), filed January 21, 2020. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 30).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE