# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Carmen E. Garza**
**Chief United States Magistrate Judge**

**Clerk's Minutes**

**Danny Williams v. Nine Energy Services**

**CV 19-594 SMV/CG**

**May 5, 2020**

---

Attorney for Plaintiff:      Ross Bettis

Attorneys for Defendant:   Emily Lauren Travis
                           Kathleen Grossman
                           Sara Catherine Longtain

Proceeding:                Telephonic Status Conference

The Court began by asking Plaintiff's counsel the current status of discovery. Counsel explained Plaintiff remains incarcerated and will be incarcerated for the next twelve years. Counsel further explained that communication has been thwarted by Plaintiff's detention, but the parties continue to work together in good faith despite the logistical challenges posed by Plaintiff's incarceration.

Counsel then explained the parties have been working to resolve discovery disputes, including requests for production, to proceed with discovery. The Court encouraged counsel to work together to resolve the dispute, and if the dispute becomes unresolvable, the Court instructed counsel to file a discovery motion.

Next, counsel for both parties agreed to work together to facilitate a resolution of this case and tender demands from their clients. The Court explained it was willing to assist the parties in reaching a final disposition and encouraged the parties to be creative in facilitating the necessary discovery to participate in meaningful settlement discussions.

Finally, the Court set this case for a follow-up status conference on July 9, 2020, at 1:30p.m. The Court encouraged counsel to call chambers if the need for an earlier status conference arises.

With nothing further, the Court adjourned.

Clerk:   amg
         2:30-2:50p.m.