# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DANNY WILLIAMS,

    Plaintiff,

v.                                                    CV No. 19-594 SMV/CG

NINE ENERGY SERVICES,

    Defendant.

## ORDER FOR JOINT STATUS REPORT

**IT IS HEREBY ORDERED** that the parties shall prepare a joint status report outlining the status of discovery. The parties are directed to submit the status report no later than **July 24, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE