IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNY WILLIAMS,

      Plaintiff,

v.                                                            CV No. 19-594 SMV/CG

NINE ENERGY SERVICES,

      Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the parties' *Joint Status Report*, (Doc. 37), filed July 24, 2020. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **August 6, 2020, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE