IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HARRIS, et al.,

    Plaintiffs,

v.   CV No. 19-564 KWR/CG

THE GOVERNING BOARD OF ARTESIA
GENERAL HOSPITAL, et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. Upon filing of Plaintiff Kimberly Harris's *Notice of Acceptance of Defendants' Offer of Judgment*, (Doc. 68), and Plaintiff Angelia Steelman's *Notice of Acceptance of Defendants' Offer of Judgment*, (Doc 69), on October 13, 2020, Plaintiffs informed the Court of the parties' full resolution of the issues in this matter.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **November 16, 2020**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE