**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DANNY WILLIAMS,

       Plaintiff,

v.                                                                       CV No. 19-594 SMV/CG

NINE ENERGY SERVICES,

       Defendant.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **November 10, 2020, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

       **IT IS SO ORDERED**.

                                                                      THE HONORABLE CARMEN E. GARZA
                                                                      CHIEF UNITED STATES MAGISTRATE JUDGE