IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNY WILLIAMS,

      Plaintiff,

v.                                                                    CV No. 19-594 SMV/CG

NINE ENERGY SERVICES,

      Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND
## DEADLINE TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline to Submit Closing Documents* (the "Motion"), (Doc. 49), filed December 14, 2020. In the Motion, the parties request a 44-day extension to submit closing documents, due to delays related to the Plaintiff's incarceration. *Id.* at 2. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **January 29, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE