IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| DANNY WILLIAMS<br>*Plaintiff*<br><br>V.<br><br>NINE ENERGY SERVICE, INC.<br><br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CV No. 2:19-cv-00594 SMV/CG |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE CHIEF UNITED STATES MAGISTRATE JUDGE:

Plaintiff, Danny Ray Williams ("Plaintiff"), and Defendant, Nine Energy Service, Inc. ("Nine Energy"), file their Joint Stipulation of Dismissal with Prejudice, and respectfully show the Court the following:

1. Plaintiff and Nine Energy have reached a settlement of all claims, defenses and disputes between them in this cause.

2. Accordingly, the parties respectfully request that this Court dismiss all claims filed in this cause with prejudice to their being re-filed.

3. The parties agree to each bear their own attorneys' fees, costs and other expenses incurred because of this lawsuit or because of the claims involved in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Nine Energy respectfully request this Court to dismiss this cause with prejudice to it being re-filed, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**For Plaintiff**

By:/s/*Ross R. Bettis*_____

    ROSS R. BETTIS
    New Mexico Bar No.146835
    **THE LAW OFFICE OF ROSS R. BETTIS**
    726 E. Michigan Drive, Suite 100
    Hobbs, New Mexico 88240
    (575) 393-7677 (Telephone)
    (866) 990-7098 (Facsimile)

ATTORNEY-IN-CHARGE FOR
PLAINTIFF DANNY RAY WILLIAMS

**For Defendant**

By:/s/ Sara C. Longtain_____

    SARA C. LONGTAIN
    New Mexico Bar No 19-260
    **LOCKE LORD LLP**
    600 Travis Street, Suite 2800
    Houston, Texas 77002-3095
    (713) 226-1346 (Telephone)
    (713) 229-2581 (Facsimile)
    Slongtain@lockelord.com

ATTORNEY-IN-CHARGE FOR DEFENDANT

OF COUNSEL:

    **LOCKE LORD LLP**
    EMILY LAUREN TRAVIS
    New Mexico Bar No 19-284
    Emily.travis@lockelord.com
    KATHLEEN GROSSMAN
    New Mexico Bar No 19-257
    Kathleen.grossman@lockelord.com
    600 Travis Street, Suite 2800
    Houston, Texas 77002-3095
    (713) 226-1377 (Telephone)
    (713) 223-3717 (Facsimile)

90944535v.1
91236721v.1

# CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of January, 2021, a copy of the Joint Stipulation of Dismissal with Prejudice was served on all counsel of record in accordance with the Federal Rules of Civil Procedure via electronic filing as follows:

ROSS R. BETTIS
New Mexico Bar No.146835
**THE LAW OFFICE OF ROSS R. BETTIS**
726 E. Michigan Drive, Suite 100
Hobbs, New Mexico 88240
(575) 393-7677 (Telephone)
(866) 990-7098 (Facsimile)

                                              */s/ Kathleen Grossman*
                                              Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **DANNY WILLIAMS** | § | |
|    *Plaintiff* | § | |
| | § | |
| **V.** | § | |
| | § | CV No. 2:19-cv-00594 SMV/CG |
| **NINE ENERGY SERVICE, INC.** | § | |
| | § | |
| | § | |
|    *Defendant.* | § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On _____, 2021, the Court considered the Joint Stipulation of Dismissal with Prejudice. After considering the Joint Stipulation of Dismissal with Prejudice, the Court **GRANTS** this Stipulation.

It is hereby **ORDERED, ADJUDGED, and DECREED**, that all of Plaintiff, Danny Ray Williams', claims against Defendant, Nine Energy Service, Inc., are hereby dismissed with prejudice, with costs of court being assessed against the party incurring same.

Signed this the _____ day of _____, 2021.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE