# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DANNY WILLIAMS <br>     *Plaintiff* <br><br> V. <br><br> NINE ENERGY SERVICE, INC. <br><br><br>     *Defendant.* | § <br> § <br> § <br> § <br> §    CV No. 2:19-cv-00594 SMV/CG <br> § <br> § <br> § <br> § |

## ORDER ON JOINT STIPULATION
## OF DISMISSAL WITH PREJUDICE

On  February 10,  2021, the Court considered the Joint Stipulation of Dismissal with Prejudice. After considering the Joint Stipulation of Dismissal with Prejudice, the Court **GRANTS** this Stipulation.

It is hereby **ORDERED, ADJUDGED, and DECREED**, that all of Plaintiff, Danny Ray Williams', claims against Defendant, Nine Energy Service, Inc., are hereby dismissed with prejudice, with costs of court being assessed against the party incurring same.

Dated: February 10, 2021

                                   Respectfully submitted by **Defendant**

                                   By:/s/ Kathleen H. Grossman

                                         SARA C. LONGTAIN
                                         New Mexico Bar No 19-260
                                         **LOCKE LORD LLP**
                                         600 Travis Street, Suite 2800
                                         Houston, Texas 77002-3095
                                         (713) 226-1346 (Telephone)
                                         (713) 229-2581 (Facsimile)
                                         Slongtain@lockelord.com

                                         ATTORNEY-IN-CHARGE FOR DEFENDANT

OF COUNSEL:

**LOCKE LORD LLP**
EMILY LAUREN TRAVIS
New Mexico Bar No 19-284
Emily.travis@lockelord.com
KATHLEEN GROSSMAN
New Mexico Bar No 19-257
Kathleen.grossman@lockelord.com
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
(713) 226-1377 (Telephone)
(713) 223-3717 (Facsimile)

Electronically approved by **Plaintiff**

By:/s/*Ross R. Bettis*

ROSS R. BETTIS
New Mexico Bar No.146835
**THE LAW OFFICE OF ROSS R. BETTIS**
726 E. Michigan Drive, Suite 100
Hobbs, New Mexico 88240
(575) 393-7677 (Telephone)
(866) 990-7098 (Facsimile)

ATTORNEY-IN-CHARGE FORPLAINTIFF
DANNY RAY WILLIAMS

Signed this the  10th  day of  February , 2021.

_____
THE HONORABLE STEPHAN M. VIDMAR

90944535v.1
91308067v.1